

# NUMBER 13-19-00249-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MANUEL J. MONTEMAYOR,                                                    Appellant,

v.

TEXAS DEPARTMENT OF INSURANCE,                                          Appellee.

### On appeal from the 444th District Court
### of Cameron County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Hinojosa and Silva
### Order Per Curiam

Appellant, Manuel J. Montemayor, attempts to appeal an order granting appellee's,

Texas Department of Insurance (TDI), plea to the jurisdiction nunc pro tunc. The order

nunc pro tunc was signed on March 13, 2019. However, the order being corrected does

not appear in the clerk's record. TDI asserts that the original order granting its plea to the

jurisdiction was signed on January 23, 2019, prompting its motion for order nunc pro tunc. According to TDI, the original order signed contained the date of signature, named the wrong motion being granted, and contained the cause number hand-written in at the top of the order. Because the original order does not appear in the record, we abate the appeal to the trial court for a determination regarding whether the original order was entered in the record. The trial court shall issue findings of fact and conclusions of law regarding whether the original order was signed, the date on which it was entered, and whether notice was sent to the parties. Additionally, the trial court is ordered to provide a copy of the case summary, docket sheet, or other court summary, if one is kept by the clerk of the court. These documents should be forwarded to the Clerk of this Court in a supplemental record within twenty-one days from the date of this order.

It is so ordered.

PER CURIAM

Delivered and filed on the
13th day of January, 2021.